

**SO ORDERED.**

**SIGNED this 01 day of November, 2011.**

*James P. Smith*
_____
**JAMES P. SMITH**
**UNITED STATES BANKRUPTCY JUDGE**
_____

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| In the Matter of: | : | Chapter 7 |
| | : | |
| JOHN BARRY COLVIN, | : | |
| | : | |
| Debtor | : | Case No. 10-32367  JPS |
| | : | |
| RAYMOND O. BOYD and | : | |
| JETS R US, LCC, | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| vs. | : | |
| | : | |
| JOHN BARRY COLVIN, | : | |
| | : | Adversary Proceeding |
| Defendant | : | No.    11-3035 |

### ORDER SCHEDULING STATUS CONFERENCE

A status conference is hereby scheduled in this adversary proceeding for

the 6th day of February, 2012, at 2:30 p.m., in the United States Bankruptcy Court,

Courtroom A, 433 Cherry Street, Macon, Georgia; and counsel are directed to attend; **out**

**of town counsel may attend said status conference via conference call and should**

**contact Ms. Fran Nesmith at 478-749-6865 no later than 2 business days prior to**

**said status conference to make necessary arrangements.**

* END OF DOCUMENT *