**SO ORDERED.**

**SIGNED this 25 day of January, 2012.**



_____
**James P. Smith
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| In the Matter of: | : | Chapter 7 |
| | : | |
| JOHN BARRY COLVIN, | : | |
| | : | |
| Debtor | : | Case No. 10-32367  JPS |
| | : | |
| RAYMOND O. BOYD and | : | |
| JETS R US, LLC, | : | |
| | : | |
| Plaintiffs | : | |
| | : | |
| vs. | : | |
| | : | |
| JOHN BARRY COLVIN, | : | |
| | : | Adversary Proceeding |
| Defendant | : | No. 11-3035 |

**ORDER**

Plaintiffs filed their Motion To Strike Defendant's Answer And For Protective Order alleging that Defendant had failed to respond to interrogatories and document requests. Plaintiffs requested that the Defendant's answer be stricken, that they

be awarded attorney's fees and that they be given additional time to respond to discovery served upon them by Defendant.

After notice and hearing, and for the reasons announced in open court, it is

ORDERED AND ADJUDGED as follows:

1. On or before February 10, 2012, Defendant shall respond under oath to the interrogatories and to the document requests previously served by Plaintiffs in accordance with Bankruptcy Rules 7033 and 7034.

2. On or before March 14, 2012, Plaintiffs shall respond to any discovery requests previously served by Defendant.

3. No further sanctions shall be awarded to either party at this time.

4. On March 21, 2012, at 1:30 p.m., in the United States Courtroom, Second Floor, Post Office Building, 115 E. Hancock Avenue, Athens, Georgia, a hearing is scheduled on Plaintiffs' Motion In Limine To Determine Collateral Estoppel Effect On Certain Evidence. In conjunction with that hearing, and upon motion by either party, this Court will consider additional sanctions for the failure of either party to comply with this order. Any such motion shall be filed and served so that the opposing party receives such motion at least by March 18, 2012.

5. The Scheduling Order entered by this court on November 1, 2011 is hereby set aside. The Court will enter a revised Scheduling Order following the hearing on March 21, 2012.

* END OF DOCUMENT *