**SO ORDERED.**

**SIGNED this 29 day of May, 2013.**



_____
**James P. Smith
United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| In the Matter of: | : | Chapter 7 |
| | : | |
| JOHN BARRY COLVIN, | : | |
| Debtor | : | Case No. 10-32367-JPS |
| | : | |
| JETS R US, LLC and | : | |
| RAYMOND O. BOYD, | : | |
| Plaintiffs | : | |
| | : | |
| vs. | : | Adversary Proceeding |
| | : | No. 11-3035 |
| JOHN BARRY COLVIN, | : | |
| Defendant | : | |

**ORDER ON RELIEF FROM STAY**

Debtor is a defendant in Adversary Proceeding No. 11-3035, Jets R US, LLC and Raymond O. Boyd vs. John Barry Colvin. Debtor is also a defendant in the case of Raymond O. Boyd, Assignee Of Athens First Bank & Trust, A Georgia State Bank vs. U.S. Jets, Inc. and John Colvin, State Court of Athens-Clarke County, State of Georgia, Civil Action No. ST-07-CR-0677 (hereinafter "State Court Case").

As a result of certain contempt orders entered in the State Court Case, this Court

entered an order on August 28, 2012, in this adversary proceeding, granting partial summary judgment to Plaintiffs on the issue of liability and holding that the claims of Plaintiffs against Debtor were nondischargeable pursuant to 11 U.S.C. § 523(a)(6). However, because there remained factual issues with respect to the amount of damages to which Plaintiffs were entitled, a trial on the issue of damages was scheduled for June 6, 2013.

On May 17, 2013, for reasons unrelated to this adversary proceeding, an order was entered in the State Court Case vacating the contempt orders upon which this Court's partial summary judgment order of August 28, 2012, was based. As a result, it appears that the issue of liability on the 11 U.S.C. § 523(a)(6) claims is now an issue again in this adversary proceeding. Accordingly, Debtor filed a motion for continuance of the trial in the adversary proceeding on the grounds that no discovery on the issue of liability had been conducted.

A telephonic hearing on the motion for continuance in the adversary proceeding was held on May 29, 2013. After hearing argument of counsel, this Court granted the motion for continuance and stayed further proceedings in the adversary proceeding until such time as the State Court Case is concluded. Further, in the May 17, 2013, order in the State Court Case, the judge in that case noted that further proceedings in the State Court Case were stayed by this bankruptcy case. Accordingly, for the reasons stated in open court on May 29, 2013, it is

ORDERED AND ADJUDGED that the parties in the State Court Case are hereby granted relief from stay so as to proceed with the State Court Case until it is concluded by the entry of a final order or judgment.

* END OF DOCUMENT *